AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Massachusetts

DIRECTV, Inc.

V.

Joe Skarbek

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 - 30218 - KPN**

TO: (Name and address of Defendant)

Joe Skarbek
64 Deane Street
Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                              11/12/04
CLERK                                                     DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

DATE



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

November 29, 2004

I hereby certify and return that on 11/26/2004 at 12:35 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT W/CIVIL COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOE SKARBEK, 64 DEANE Street, CHICOPEE, MA 01020. Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($20.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $29.76

_____
Deputy Sheriff

Deputy Sheriff DAVID K. TENNEY

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.