UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,                )
        Plaintiff      )
                              )
v.                            )     Civil Action No.  04-30218-KPN
                              )
                              )
JOE SKARBEK,                  )
        Defendant     )

SCHEDULING ORDER
March 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on March 8, 2005:

1. All non-expert discovery shall be completed by June 27, 2005.

2. Counsel shall appear for a case management conference on June 30, 2005, at 2:00 p.m. in Courtroom Three.

IT IS SO ORDERED.

        /s/ Kenneth P. Neiman
        KENNETH P. NEIMAN
        U.S. Magistrate Judge