UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30218-KPN |
| | ) | |
| JOE SKARBEK, | ) | |
|     Defendant | ) | |

SCHEDULING ORDER
August 23, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining non-expert discovery shall be completed by October 7, 2005.

2. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by October 7, 2005.

3. Defendants shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 4, 2005.

4. All expert depositions shall be completed by December 2, 2005.

5. Counsel shall appear for a final pretrial conference on January 19, 2006, at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the

       Procedural Order entered this date.

6.    Trial in this matter shall commence on January 30, 2006, at 9:00 a.m.

   IT IS SO ORDERED.

DATED: August 23, 2005

                           /s/ Kenneth P. Neiman
                           KENNETH P. NEIMAN
                           U.S. Magistrate Judge