UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.
         Plaintiff(s)

V.

JOE SKARBEK
         Defendant(s)

CIVIL ACTION

NO. __04-30218-KPN__

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE__ NEIMAN __

SWARTWOOD, C.M.J.

On __September 26, 2005__ I held the following ADR proceeding:

|     | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
|-----|--------------------------|-----|-----------|
|     | MINI-TRIAL               |     | SUMMARY JURY TRIAL |
|     | SETTLEMENT CONFERENCE    |     |           |

All parties were represented by counsel [except _____]

The parties were present in person or by authorized corporate officer [except _____].

The case was:

[X]   Settled. Your clerk should enter a _30_ day order of dismissal.

[ ]   There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

__September 26, 2005__
        DATE

/s/ Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
UNITED STATES CHIEF MAGISTRATE JUDGE

(adrrpt. - 01/96)                                              [adrrpt.]