# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIRECTV, INC., | ) |
|      *Plaintiff* | ) |
| V. | )    Case No:   3:04-CV-30218-KPN |
| JOSE SKARBEK., | ) |
|      *Defendant* | ) |

### SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by U.S. Chief Magistrate Judge Charles B. Swartwood, 111 on 9/29/05 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within THIRTY (30) DAYS to reopen the action if settlement is not consummated by the parties.

DATED September 29, 2005

                                     **SARAH A. THORNTON**
                                     CLERK

                                     BY: /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk