# UNITED STATES DISTRICT COURT
## District of Massachusetts

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: **04-30218-KPN** |
| Plaintiff, ) | |
| ) | **STIPULATION OF DISMISSAL** |
| vs. ) | **WITHOUT PREJUDICE** |
| ) | |
| **Joe Skarbek** ) | |
| ) | |
| Defendant ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

10/5/05
Date

John M. McLaughlin
Green Miles Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

                                        Respectfully Submitted for the Defendant,
                                        Joseph Skarbek
                                        By his Attorney,

_10/27/05_                                    _/s/ George F. Kelly_
Date                                             George F. Kelly
                                        930 Main Street
                                        Springfield, MA 01103
                                        Phone: (413) 730-9222